**No. 61876.**—Arthur J. Humphreys *v.* United States, protests 274865–K, etc. (Seattle).

Opinion by MOLLISON, J.   In accordance with stiuplation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 29, 1958

**No. 61877.**—International Expediters, Inc. *v.* United States, protest 217819–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of articles in chief value of metal, suitable for use and used to distribute electrical energy, and that they are not machines for determining the strength of materials or articles in tension, compression, torsion, or shear, flashlights, batteries, vacuum cleaners, not internal combustion engines, nor parts thereof, the claim of the plaintiff was sustained.